**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **APOTEX, INC.,**  *Plaintiff,*  v.  **DAIICHI SANKYO, INC. and DAIICHI SANKYO CO., LTD.**  *Defendants.* | Case No.: 12-CV-09295  Judge Sharon Johnson Coleman  Magistrate Judge Mary M. Rowland |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd. (collectively "Daiichi Sankyo") hereby move to dismiss Plaintiff Apotex, Inc.'s ("Apotex") amended complaint for the reasons set forth in the attached supporting memorandum.

|  | Respectfully submitted, |
|---|---|
| Dated: April 9, 2013 | */s/ David C. Van Dyke* |

David C. Van Dyke (#6204705)
Joseph W. Barber (#6295828)
Emily E. Bennett (#6305461)
Howard & Howard
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Telephone: (312) 456-3641
Facsimile: (312) 939-5617
Email: dvd@h2law.com
    jwb@h2law.com
    eeb@h2law.com

Lisa Pensabene *(Pro Hac Vice)*
Dennis Gregory *(Pro Hac Vice)*
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas, 17th Floor
New York, NY 10104
Telephone: (212) 218-2255
Facsimile: (212) 218-2200
Email: lpensabene@fchs.com
    dgregory@fchs.com

***Attorneys for Defendants, Daiichi Sankyo, Inc. and Daiichi Sankyo Co., Ltd.***

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that he served a copy of the foregoing Motion to Dismiss Plaintiff's Amended Complaint upon the parties by causing a true and correct copy thereof to be electronically filed and delivered using the Court's ECF system on the 9th day of April, 2013.

Steven E. Feldman (steven.feldman@huschblackwell.com)
James P. White (james.white@huschblackwell.com)
Sherry L. Rollo (sherry.rollo@huschblackwell.com)
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
*Attorneys for Plaintiff, Apotex, Inc.*

Dated: April 9, 2013                                             /s/*David C. Van Dyke*